UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60491-CIV-COHN/SELTZER

JAMES A. GRAHAM,

    Plaintiff,

v.

ASSOCIATED AIRCRAFT
MANUFACTURING & SALES, INC.,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon the receipt of the jury's verdict [DE 52].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Defendant Associated Aircraft Manufacturing & Sales, Inc., and against Plaintiff James A. Graham.

    Plaintiff shall recover nothing from Defendant in this action.

2. The Clerk shall **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of January, 2014.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF